Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUL -8  AM 10: 33

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| JERRY Z FORBIS | Case No. __8:26 CV 327__ |
| Plaintiff(s) | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

COUNTY OF THAYER

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                       *Jerry Forbes*

All other names by which

you have been known:

ID Number                              *220310*

Current Institution                  *Omaha Corrections Center*

Address                                    *Box 11099*

*Omaha*                    *Ne*            *68110*
City                              State              Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                       *County of Thayer*

Job or Title *(if known)*

Shield Number

Employer                               *Thayer County*

Address                                  *225 N 4TH ST.*

*Hebron*                   *Ne*            *68370*
City                              State              Zip Code

☐ Individual capacity        ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City                              State              Zip Code

☐ Individual capacity        ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Americans with Disability Art (ADA) See Attachment IIB(1)
(2)
8TH & 14TH amendment, Culpable Negligence, Emotional Distress, Mental Anguish.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See, attachment II D (1)(2)(3)(4)(5)

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*    _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. See II D attached (1,2,3,4,5)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

on or about 1-25

Thayer County Jail 324 Olive Ave Hebron Ne 68370

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

on or about 1-1-25 See Case #8:25 CV 684  5/28/26

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I tripped over unsecured T V cables & cords causing bodily injury. See Case# 8:25-CV-00684  5/28/26

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Torn right bycep muscle, Dr recommended MRI that I never received See Case# 8:25-CV-684  5/28/26

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Suing for $500,000.00 for bodily injury, pain and suffering Court fees, filing fees, (Attorney fees if needed) Exemplary damages so that future inmates get medical needs and that the municipal i.e. county jail gets nessisary repairs and up dates, constitutional and statutory reghts.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Thayer County Jail, Hebron Nebraska*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know   *only request forms*

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Doctor recommendations ignored, See Case# 8:25-CV-684*
*Disrepair of municipal i.e. County Jail      5/28/26*

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes *Request forms*

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance: *See Case # 8:25CV684 5/28/26*

1.    Where did you file the grievance? *Thayer County Jail, Hebron Ne*

2.    What did you claim in your grievance? *Pain from a fall injuring my arm*

3.    What was the result, if any? *Doctor recommendation ignored*

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*Sheriff is as high as it went. See Case # 8:25CV684 5/28/26*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance: *N/A*

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*See Case # 8:25-CV-684    5/28/26*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    JERRY Z. FORBIS
Defendant(s)    COUNTY OF THAYER, DAVID LEE, SHERIFF; KAY (LAST NAME UNKNOWN) JAIL DIRECTOR

2.    Court *(if federal court, name the district; if state court, name the county and State)*
US District Court Nebraska

3.    Docket or index number
8:25-CV-684

4.    Name of Judge assigned to your case
JOSEPH F. BATAILLON

5.    Approximate date of filing lawsuit
5-28-2026

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.  _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still pending, waiting for Service of Process

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

    4.    Name of Judge assigned to your case

    5.    Approximate date of filing lawsuit

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _JERRY FORBIS_

Prison Identification # _220310_

Prison Address _Omaha Corrections Center Box 11099_
_Omaha_ _____ _Ne_ _68111-0099_
       *City*        *State*    *Zip Code*

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
*City*        *State*    *Zip Code*

Telephone Number _____

E-mail Address _____

## II B (1)

Americans with Disabilities Act (ADA);
facilities must be accessable with-
out barriers; TV Cable and Cords unsecured
on floor.
Physical disability; I walk with
the assistance of a cane also I am
blind in my right eye.

8TH Amendment prohibits cruel and unusual
punishment; Trying to ease the pain
in my arm by placing it on the
cold concrete floor and cinder block

14TH Amendment equal protection of the
law; being denied medical assistance
deprived of life and liberty, due process.

Culpable negligence reckless disregard
of consequences or a heedless indifference
to the personal safty of others; Tripping
over unsecured TV cables and cords across
the floor.

II B(2)

Emotional Distress extreme personal suffering caused by the intentional or negligent action of another; Being in state custody, I have to follow their protocal meaning, I had to schedule doctor appointments, arrive at appointments, rigorous physical examinations, try different medications, and X-rays. All causing me to miss vital programing, to secure my release from prison. Also causing anxiety and fatigue.

Mental Anguish injury embracing all forms; mental pain, deep grief, distress and anxiety. As if I didn't have enough to worry about being in my situation, and domestic issues on top of it all.

This all could have been avoided!

II D(1)

County of Thayer municipality body is responsible for policy and customs of municipal. I.E. County jail, (Municipality Body See Attachment) II D(4) Therefore liable for repairs and up dates of said municipal. Disrepair in question is TV cables and TV power cords unsecured across the floor of his cell causing plaintiff to trip causing bodily injury to his person.

Furthermore County of Thayer municipality is also responsible for accommodations for Americans with Disabilities Act and unconstitutional acts. Accommodations include but not limited to hand rails for shower and toilet as well as barrier free accessibility.

County of Thayer staff for Sheriffs office are all material witnesses to repairs needed to municipal I.E. county jail. They are also witnesses to plaintiffs disabilities.

II D(2)

*Spanish Lady? I think it Lucy?*

Witnesses include; David Lee Sheriff, Dale Reese Sergeant, Shane Doe, Deputy, Kay Jail Director, Tiffany, Joe, Deb, and (Lucy) Jailers. There are others that I'm not familiar with.

All of Thayer County Sheriff's office is aware of my disabilities because I walk with the assistance of a cane, Even a laymen would know. As for being blind in my right eye, the ones named knew and the Jailers administered my medications to include eye drops on a daily basis.

I complained several times to Jail staff, Kay, Tiffany, Deb, Lucy(?), and Joe, David about tripping over the unsecured cables and cords. They all cautioned me to "be careful" when stepping over the cable & cords. I had to step over them everytime I got my meal, used the shower and the toilet.

See Diagram 1 Attached. II D(5)

II D (3)

Sheriff David Lee, Kay and I'm sure the municipality body knew of the disrepair problems.

1. would be the T.V. cable and cords unsecured across the floor.

2. Plumbing; the cell I was in the cold water faucet ran 24-7. It wouldn't turn off, Sheriff David Lee beat on it with his baton but that didn't work (said he would fix it.)

I was in the main cell for a brief time and one of the three toilets didn't flush full of stagnant water and debris.

3. I'm assuming there is a problem with the heating and air-conditioning because they had fans blowing in each cell at the doors. There was one of the fans blowing in the hallway into a closet that had plumbing in it.

IID(4)

Municipalities Body is
County commissioners; Dean
Krueger, Richard Koch, Maurica Burns,
and Marlin Bauhard.

I pray this will be resolved,
and the municipal be repaired
properly.



Patient: Jerry Z. Forbis    DOB: 05/28/1963

tenderness to palpation in midline and paraspinal lumbar musculature

Review of testing
I have personally reviewed the patient's MRI of the lumbar spine and upright x-rays of the lumbar spine on AMI

Assessment
Lumbago
Bilateral Hip Pain
Mild lumbar spondylosis with degenerative disc disease, epidural lipomatosis
BMI 44
Tobacco abuse disorder
Alcohol abuse disorder

Plan
I had the pleasure of seeing Jerry today in clinic. Briefly, Jerry has low back pain and bilateral hip pain. I reviewed his imaging with him in great detail. His MRI has relatively mild lumbar spondylosis with degenerative disc disease. He does have prominent epidural lipomatosis particularly at L5-S1. His symptoms, however, not consistent with neurogenic claudication. I believe one of his pain a major pain generator for him is his hip pain as he was markedly uncomfortable with relatively limited range of motion on provocative maneuvers. This could be further evaluated by orthopedic surgery. In the interim, I will refer him for physical therapy for both his back and hip pain. I counseled the patient on smoking cessation both for overall health but particularly spine health as it is an independent risk factor for degenerative disc disease and can worsen back pain. I believe the patient needs reinforcement. I also counseled him on weight loss as decreased axial loading of the spine could also cause pain. I advised that the goal of any intervention is to precisely identify the source of his pain and that potential nonsurgical interventions would be reasonable. At this time, I do not see a surgical target. In this vein, I will refer him to Dr. Diamant, pain physiatrist, for further evaluation. The patient was fully agreeable with the above plan and all questions were answered to the best my ability.

Thank you for allowing me to be involved in the care of this very pleasant patient.

CC: Scott Vonderfecht MD, 309 S Lincoln Ave, Hebron Ne.

Electronically Signed By:
Jeremy R. Hosein MD Completed 20231024, 10:23 AM

Dr. Scott Vonderfecht applied for parking permit plaque.
Permit # P696931
Pin # 14756
Expires 2029
Page 1 and 2 are proof of disability.



Gregory E. Sutton, M.D.
Vincent J. Sutton, M.D.
Thomas A. Graul, M.D.
Matthew H. Wood, M.D.
Donald P. Sauberan, M.D.
Daniel A. Chruscicki, M.D.

**eye surgical associates**

Jordan J. Rixen, M.D.
Thomas J.E. Clark, M.D.
Samuel L. Thomsen, M.D.
Colby L. Argo, M.D.
Kaylyn R. Jackman, O.D.
Alexis A. McCurdy, O.D.

| Name | Chart# | DOB | | Refer Doctor |
|---|---|---|---|---|
| **Mr. Jerry Forbis** | 240605 | 5/28/1963 (60) | | Sean Stille, O.D. |
| **Date** | **Location** | | **PCP** | **Insurance** |
| 1/5/2024 | Lincoln-Clinic-1710 | | | Medicare |

**Reason For Visit:** Follow Up - Rubeosis Iridis OD. Central Retinal Artery Occlusion OD. Occlusion and Stenosis of Right Carotid Artery. Nuclear Sclerosis OU.

**HPI:** Scheduled Exam: 5 week follow up. CC: Rubeosis Iridis. Quality: watery. Duration of Problem: since last visit. Severity: moderate. Timing: all the time. Associated Symptoms: no flashes or floaters. HPI obtained by Matthew H Wood, MD

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect **Hx Source:** Patient and Spouse

**PSFH/ROS Updated Date:** 1/5/24

**Medical Hx:** Hypertension. Hypercholesterolemia. Back Pain. Influenza Immunization Received (2023/24). **Surgical Hx:** Negative.

**Systemic Meds:** Meloxicam 1 tablet qday by mouth (Unknown Dosage). Losartan Pot 1 tablet qday by mouth (Unknown Dosage). folate 1 tablet qday by mouth (Unknown Dosage). Vitamin-B12 1 tablet qday by mouth (Unknown Dosage). Cyclobenzaprine Hydrochloride 1 tablet prn by mouth (Unknown Dosage). Aspirin 81 mg 1 tablet qday by mouth. atorvastatin (as atorvastatin calcium) 40 MG Oral Tablet 1 tablet qday. duloxetine 20 MG (as duloxetine HCl 22.4 MG) Delayed Release Oral Capsule 1 tablet qday by mouth.

**Allergies:** NKDA.

**Family Hx:** Blindness (Daughter). Stevens-Johnson Syndrome (Daughter). **Social Hx:** Smoking/Tobacco: Current Every Day Smoker. Alcohol: None.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: See Medical. Constitutional: Negative. Endocrine: Negative. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Back Pain. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA OD:** DccLP. **OS:** Dcc20/40+1. PH20/25.
**IOP:** App **OD:** 18 **OS:** 17
**Comments:** In

2:08 PM

**Dilation:**
**Location:** OU. **Tech:** hdittbrenner. **Time:** 2:36 PM. **Drops:** Discussed effects of drops; Tropicamide 1%/Phenylephrine 2.5%.

**Amsler: Findings OD:** Unable (Entire Grid). **Findings OS:** Blurred Lines (Entire Grid).

| External | Right Eye | Left Eye |
|---|---|---|
| General | | |
| Pupils | Round. RAPD. | Round. Brisk. No RAPD. |
| Motility | Full. | Full. |
| CVF | HM (Barely). | Full. |
| Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

Omaha Correctional Center
Individual's name: *Jerry Forbes*
Individual's #: *220310*
PO BOX 11099 - Omaha NE 68111
Notice: This correspondence was mailed from
an institution operated by the Nebraska
Department of Corrections.
It's contents are uncensored.



Denise M Lucks
Roman L. Hruska US Courthouse
111 S. 18TH PLZ #1152
Omaha Ne 68102.

RECEIVED
JUL - 8 2026
CLERK
U.S. DISTRICT COURT

Legal Mail
In reference to case # 8:25 CV 684